■　LINCOLN ROCHESTER TRUST COMPANY, Now Known as LINCOLN FIRST BANK OF ROCHESTER, Respondent, v EDDIE J. HOWARD, Appellant.—Appeal unanimously dismissed, without costs. Memorandum: No appeal lies to this court from an order of County Court acting on appeal from an order of a lower court *(Lutwack v Piteo,* 52 AD2d 754; *Serrino v D & B Barr, Inc.,* 37 AD2d 912; *Ellis v Greco,* 34 AD2d 879; CPLR 5703, subd [b]). (Appeal from order of Monroe County Court affirming order of Rochester City Court —vacate default judgment.) Present—Moule, J. P., Cardamone, Simons, Mahoney and Dillon, JJ.